JS-6

Charles T. Hoge (110696)
 choge@knlh.com
Genevieve M. Ruch (285722)
 gruch@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Suite 1300
San Diego, California 92101-8700
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

Attorneys for Plaintiff Peregrine Pharmaceuticals, Inc.

Anthony G. Brazil (84297)
 abrazil@mpplaw.com
Matthew L. Marshall (168013)
 mmarshall@mpplaw.com
Robert Hernandez (245667)
 rhernandez@mpplaw.com
MORRIS POLICH & PURDY LLP
1055 W. Seventh Street
24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

Attorneys for Defendant
Clinical Supplies Management, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| PEREGRINE PHARMACEUTICALS, INC., a Delaware Corporation, Plaintiff, vs. CLINICAL SUPPLIES MANAGEMENT, INC., a North Dakota Corporation, Defendant. | Case No. 8:12-cv-01608-JGB-AN **ORDER RE: STIPULATION FOR DISMISSAL** |
|---|---|

1  On September 9, 2015, the parties jointly submitted a Stipulation for
2 Dismissal to the Court.  Accordingly, the matter is dismissed with prejudice and
3 without costs to any party.  This order resolves the pending claims between and
4 among the parties and closes the case.
5  **IT IS SO ORDERED.**

7 DATED:  September 11, 2015
8  Hon. Jesus G. Bernal
   United States District Judge